

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00072-CV

Edwin **NOLAN** and Joel Loehman,
Appellants

v.

William Henry **HUNTER**, Jr. and Rhonda Hunter,
Appellees

From the 433rd District Court, Comal County, Texas
Trial Court No. C2011-715D
Honorable Dib Waldrup, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellees William Henry Hunter, Jr. and Rhonda Hunter recover their costs of this appeal from Appellants Edwin Nolan and Joel Loehman.

SIGNED September 25, 2013.

_____
Karen Angelini, Justice